# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Case No. 3:00-00168 |
| | ) |
| JEFFREY BLAINE BURNETTE | ) |

## O R D E R

Defendant was arrested on July 2, 2014, pursuant to a warrant issued by the Honorable Todd J. Campbell, following a report from the United States Probation Office that Defendant had violated the terms and conditions of his supervised release.

At the hearing, Defendant was advised of the alleged violations and his rights under Rule 32.1 of the Federal Rules of Criminal Procedure. The Federal Public Defender was appointed to Defendant.

A probable cause hearing and a hearing concerning the issue of detention pursuant to Rules 32.1(b)(1) and 32.1(a)(6) of the Federal Rules of Criminal Procedure will be held on **July 7, 2014, at 1:30 p.m.**

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge