UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:00-00168 |
| | ) | JUDGE CAMPBELL |
| JEFFREY BLAINE BURNETTE | ) | |

ORDER

Pending before the Court is a Motion to Continue Revocation Hearing (Docket No. 110).

The Motion is GRANTED.

The hearing on the Petition (Docket No. 99) alleging violations of Defendant's Conditions of Supervision is RESCHEDULED for October 3, 2014, at 2:30 p.m.

IT IS SO ORDERED.

                                                         _____
                                                         TODD J. CAMPBELL
                                                         UNITED STATES DISTRICT JUDGE