# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

UNITED STATES OF AMERICA
V.

JEFFREY BLAINE BURNETTE

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 3:00-00168
USM Number: 15964-075

Sumter L. Camp, Jr.
Defendant's Attorney

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) __One (1)__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall not commit another federal, state or local crime | 5/15/14 |
| 2 | Defendant shall not commit another federal, state or local crime | 5/15/14 |

The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X The defendant has not violated condition(s) __two (2)__ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No. __6300__

Defendant's Year of Birth: __1963__

City and State of Defendant's Residence:
__Custody__

September 19, 2014
Date of Imposition of Judgment

Todd Campbell
Signature of Judge

Todd J. Campbell, United States District Judge
Name and Title of Judge

September 19, 2014
Date

| | | |
|---|---|---|
| DEFENDANT: | JEFFREY BLAINE BURNETTE | Judgment — Page 2 of 2 |
| CASE NUMBER: | 3:00-00168 | |

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:  __three (3) months__

Upon release from imprisonment, the Defendant is continued on Supervised Release for the previously imposed period of five (5) years (Docket No. 91), subject to the attached additional Conditions of Supervision.

__X__  The Court makes the following recommendations to the Bureau of Prisons:

1. Credit for time served in federal custody since July 2, 2014.

__X__  The Defendant is remanded to the custody of the United States Marshal.

____  The Defendant shall surrender to the United States Marshal for this District:

   ____ at _____ p.m. on _____

   ____ as notified by the United States Marshal.

____  The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

   ____ before 2 p.m. on _____

   ____ as notified by the United States Marshal.

   ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy United States Marshal

## Computer Restrictions

1. The defendant shall not possess or use a computer or any device with access to any "on-line computer service" at any location (including place of employment) without the prior written approval of the United States Probation Office. This includes any Internet service provider, bulletin board system, or any other public or private network or email system. The defendant's residence shall not contain any electronic devices capable of Internet access without prior approval of the probation officer.

2. The defendant shall consent to the United States Probation Office conducting unannounced examinations of the defendant's computer system(s) and internal/external storage devices, which may include retrieval and copying of all memory from hardware/software and/or removal of such system(s) for the purpose of conducting a more thorough inspection. The defendant will consent to having installed on the defendant's computer(s), any hardware/software to monitor computer use or prevent access to particular materials. The defendant will further consent to periodic inspection of any such installed hardware/software to ensure it is functioning properly.

3. The defendant shall provide the United States Probation Office with accurate information about the defendant's entire computer system (hardware/software) and internal/external storage devices; all passwords used by the defendant; and will abide by all rules regarding computer use and restrictions as provided by the United States Probation Office.

## Restricted Contact with Minors

4. The defendant shall not associate with children under the age of 18 nor frequent, volunteer, or work at places where children congregate (e.g., playgrounds, parks, malls, day-care centers or schools) unless approved by the United States Probation Office.

## Residence Restriction

5. The defendant's residence and employment shall be pre-approved by the United States Probation Office.